

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| TVO Cobblestone, LLC, Windy Cities Cobblestone, LLC, KLV Trust and Wayne Vandenburg, | § | No. 08-18-00175-CV |
| | § | Appeal from the |
| Appellant, | § | 243rd District Court |
| v. | § | of El Paso County, Texas |
| ASI Capital, LLC, | § | (TC# 2018DCV0375) |
| Appellee. | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 12, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Troy C. Brown, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 12, 2019.

IT IS SO ORDERED this 30th day of January, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.